```
 1
 2
 3
 4
```
|   |   |
|---|---|
| 5 | UNITED STATES DISTRICT COURT |
|   | WESTERN DISTRICT OF WASHINGTON |
| 6 | AT SEATTLE |

| | | |
|---|---|---|
| 7 | MEGAN BUTLER, | Case No. 2:25-cv-00892 |
| 8 | Plaintiff, | **ORDER GRANTING THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| 9 | v. | |
| 10 | THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; XENON ARC, | |
| 11 | INC., and DOES 1 through 10, inclusive | |
| 12 | Defendants. | |

BASED UPON the reasons in Defendant The Guardian Life Insurance Company of America's Unopposed Motion for Extension of Time to Respond to Complaint (Doc 11), and for good cause shown, it is ORDERED that Defendant The Guardian Life Insurance Company of America is GRANTED an extension of time to file and serve its answer or other responsive pleading to Plaintiff's Complaint through and including June 26, 2025.

DATED this 16th day of June, 2025.

*[signature]*
ROBERT S. LASNIK
United States District Judge

---

ORDER GRANTING THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [PROPOSED] - Page 1

O'HAGAN MEYER PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-929-2759