UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Megan Butler,<br><br>    Plaintiff,<br><br>  v.<br><br>The Guardian Life Insurance Company of America; Xenon Arc, Inc.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:25-cv-00892-RSL<br><br>**STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |

  Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Megan Butler and Defendants The Guardian Life Insurance Company of America; Xenon Arc, Inc ("the parties") stipulate that Xenon Arc's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended from June 11, 2025 to July 11, 2025.

  Good cause exists for this extension, as the additional time will allow the parties to discuss possible resolution of the case before responding to Plaintiff's Complaint. The parties believe that they may be able to avoid the need to consume the Court's resources and further party resources based on the additional time afforded by the requested extension.

  The parties jointly and respectfully request that the Court extend the time for Xenon Arc to respond to the Complaint such that Xenon Arc's response is due on July 11, 2025.

STIPULATED MOTION TO EXTEND TIME TO
ANSWER COMPLAINT – 1
(No. 2:25-cv-00892-RSL)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Dated: June 10, 2025

2  By: *s/ James Sanders*                                    By: *s/ Patrick H. LePley*
3      James Sanders, WSBA Bar No. 24565           Patrick H. LePley, WSBA No. 7071
    **Perkins Coie LLP**                                    **LePley Law Firm**
4      1301 Second Avenue, Suite 4200                3633 136th Place SE, Suite 120
    Seattle, Washington 98101-3804               Bellevue, WA 98006
5      Telephone: +1.206.359.8000                   Telephone: (425) 641-5353
    Facsimile: +1.206.359.9000                    Fax: (425) 747-0611
6      JSanders@perkinscoie.com

7      *Attorneys for Defedant Xenon Arc, Inc.*        *Attorneys for Plaintiff, Megan Butler*

8  By: *s/ Robert J. McKennon*                                By: *s/ Brian K. Weeks*
    Robert J. McKennon, Pro Hac Vice            Brian Weeks, WSBA No. 35065
9      Joseph S. McMillen, Pro Hac Vice             **O'Hagan Meyer PLLC**
    20321 SW Birch St., Suite 200                  805 SW Broadway, Suite 2280
10     Newport Beach, CA 92660                        Portland, OR 97205
                                                          Telephone: 971.315.0650.
11     *Attorneys for Plaintiff, Megan Butler*         Facsimile: 971.315.0720
                                                          bweeks@ohaganmeyer.com
12
                                                          *Attorneys for The Guardian Life*
13                                                           *Insurance Company of America*

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO                              **Perkins Coie LLP**
EXTEND TIME TO ANSWER COMPLAINT – 2                  1301 Second Avenue, Suite 4200
(No. 2:25-cv-00892-RSL)                                                      Seattle, Washington 98101-3804
                                                                                                             Phone: +1.206.359.8000
                                                                                                               Fax: +1.206.359.9000

## ORDER

For good cause shown, and based on the stipulation of counsel, the deadline for Pacific Steel to file its response to the Complaint is hereby extended to July 11, 2025.

**IT IS SO ORDERED**

Dated June 16, 2025.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT - 3
(No. 2:25-cv-00892-RSL)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on June 10, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: June 10, 2025

*s/ James Sanders*
James Sanders

CERTIFICATE OF SERVICE - 4
(No. 2:25-cv-00892-RSL)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000