1
2
3
4
5
6         UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

| | |
|---|---|
| MEGAN BUTLER,<br><br>        Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; XENON ARC, INC., and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 2:25-cv-00892<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT THE GURADIAN LIFE INSURANCE COMPANY OF AMERICA'S TIME TO RESPOND TO COMPLAINT** |

FOR GOOD CAUSE shown, and based on the stipulation of counsel, the deadline for The Guardian Life Insurance Company of America to file its response to the Complaint is hereby extended through and including July 11, 2025.


DATED this 20th day of June, 2025.


*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA'S TIME TO RESPOND TO COMPLAINT [PROPOSED]** - Page 1

**O'HAGAN MEYER PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-929-2759